GEORGE F. VIETOR et al., Respondents, *v.* DAVID LEVY et al., Appellants.

Reported below, 72 Hun, 263.
(Argued January 8, 1896 ; decided January 21, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order entered October 24, 1893, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Nathaniel Myers* for appellants.

*Alex. Blumenstiel* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.

---

CATHARINE KING, Respondent, *v.* SECOND AVENUE RAILROAD COMPANY, Appellant.

Reported below, 75 Hun, 17.
(Argued January 13, 1896; decided January 28, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 17, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion to set aside the verdict.

*John M. Scribner* for appellant.

*George H. Hart* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.